ALEXANDER BREYTMAN, Appellant, v OLINVILLE REALTY, LLC, et al., Respondents.

Submitted April 27, 2009; decided June 11, 2009

Motion, insofar as it seeks leave to appeal from the March 12, 2009 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the March 12, 2009 Supreme Court order, dismissed upon the ground that it does not lie (*see* NY Const, art VI, § 3; CPLR 5602).

In the Matter of DARREN F., Respondent, v MARIE-AMINA T., Appellant.

Submitted April 20, 2009; decided June 11, 2009

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied. Motion for poor person relief dismissed as academic.

JANE DOE et al., Respondents, v ROMAN CATHOLIC DIOCESE OF ROCHESTER et al., Appellants.

Submitted May 4, 2009; decided June 11, 2009

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 12 NY3d 764 (2009)].